FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _shy_ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA12-578M |
|---|---|---|
| Plaintiff, | ) | ORDER OF REVOCATION AND DETENTION AFTER HEARING [18 U.S.C. 3148(B)] |
| vs. | ) | |
| SIMON SAEID KOLI, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant previously ordered issued by United States District Judge Irma E. Gonzalez of the United States District Court for the Southern District of California, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)( ) A.   there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

   (X) B.   there is clear and convincing evidence that the defendant violated a condition of his release by applying for a Swedish passport;

   and

(2)( ) A.   that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not

1 | flee or pose a danger to the safety or any other person or the community; or
2 | ( ) B. that the defendant is unlikely to abide by any condition or combination of
3 | conditions of release.
4 | ( ) and/or in the event of (1)(A):
5 | (3)( ) that the defendant has not rebutted the presumption that no condition or
6 | combination of conditions will assure that the person will not pose a danger to the
7 | safety of any other person or the community.
8 | (4)(X) that there are conditions of release that will assure that the defendant will not flee
9 | or pose a danger to the safety of any other person or the community, and that the
10 | defendant will abide by such conditions. *See* separate order setting conditions.
11 | ( ) This Order shall be stayed for 72 hours in order to allow the Government to seek
12 | review from the District Judge assigned to this case or assigned to handle this
13 | matter by virtue of being on criminal duty.

(X) IT ORDERED that the defendant's prior pretrial release is revoked and the defendant is detained prior to trial.

Additionally, and alternatively, the Court finds the record in this case shows that, on July 13, 2012, the defendant pled guilty; on December 3, 2012, the Sentencing Court imposed a prison sentence of thirty months; and that the defendant was ordered to appear before the Sentencing Court on January 25, 2013 for a hearing to determine the amount of restitution he should be ordered to pay. Under the circumstances, the Court finds it appears that 28 U.S.C. § 3143(a)(1) is applicable and, under that provision and Fed. R. Crim. Pro. 32.1(a)(6), the defendant failed to meet his burden of establishing by clear and convincing evidence that he will not flee, and that he should be detained and immediately transported to the Sentencing Court for further proceedings.

Dated: December 7, 2012

/s/   Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2